Circuit Court for Baltimore City
Case No. 120301025
Argued: October 2, 2024

IN THE SUPREME COURT

OF MARYLAND

No. 4

September Term, 2024

_____

STATE OF MARYLAND

v.

DOMINICK SCARBORO

_____

Fader, C.J.,
Watts
Booth
Biran
Gould
Eaves
Killough

JJ.

_____

PER CURIAM ORDER

_____

Filed: October 4, 2024

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk

|  | * | IN THE |
| STATE OF MARYLAND | * | SUPREME COURT |
|  | * | OF MARYLAND |
| v. | * | Pet. No. 333, September Term, 2023 |
| DOMINICK SCARBORO | * | No. 4, September Term, 2024 |
|  | * | |

## ORDER

Upon consideration of the parties' briefs and oral argument, it is this 4th day of October 2024, by the Supreme Court of Maryland,

ORDERED that the writ of certiorari is dismissed with costs as improvidently granted and No. 4, September Term, 2024 is closed in this Court; and it is further

ORDERED that costs are to be paid by Petitioner.

/s/ Matthew J. Fader
Chief Justice